```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>      - against -<br><br>VICTOR MONTANEZ,<br><br>                     Defendant. | **24 Cr. 12 (VM)**<br><br>**ORDER** |

**VICTOR MARRERO, United States District Judge.**

    An initial conference is hereby scheduled in this matter for Friday, January 19, 2024, at 12:30 PM.

**SO ORDERED.**

Dated:    10 January 2024
             New York, New York

                                                                 Victor Marrero
                                                                    U.S.D.J.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/10/24
```