```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/17/24
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

                 Plaintiff,

    - against -

VICTOR MONTANEZ,

                 Defendant.

---

**24 Cr. 12 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The proceeding in this matter currently scheduled for January 19, 2024 is hereby adjourned to January 25, 2024 at 2 PM.

**SO ORDERED.**

Dated:    17 January 2024
            New York, New York

                                                  Victor Marrero
                                                  U.S.D.J.