```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/22/24
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

                Plaintiff,

- against -

VICTOR MONTANEZ,

                Defendant.

---

**24 Cr. 12 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The proceeding in this matter currently scheduled for January 25, 2024 is hereby **RESCHEDULED** for January 24, 2024 (i.e., one day earlier) at 9:30 AM.

**SO ORDERED.**

Dated:    22 January 2024
          New York, New York

                                    _____
                                    Victor Marrero
                                    U.S.D.J.