```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/4/2024
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

                Plaintiff,

      - against -

VICTOR MONTANEZ,

                Defendant.

**24 Cr. 12 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    Upon consent of the parties, the pretrial conference in this matter currently scheduled for March 29, 2024 is hereby **RESCHEDULED** for March 28, 2024 (i.e., one day earlier) at 1:00 PM.

**SO ORDERED.**

Dated:    4 March 2024
             New York, New York

_____
Victor Marrero
U.S.D.J.