```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/20/24
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

                         Plaintiff,

          - against -

VICTOR MONTANEZ,

                         Defendant.

---

**24 Cr. 12 (VM)**

<u>ORDER</u>

**VICTOR MARRERO, United States District Judge.**

Counsel for Defendant, with the consent of counsel for the Government, requests that the status conference currently scheduled for May 31, 2024 be adjourned. (<u>See</u> Dkt. No. 16.) The conference is hereby adjourned to June 21, 2024 at 2:30 PM.

Upon the request of the parties (<u>see id.</u>), it is hereby ordered that time until June 21, 2024 shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) and (iv).

**SO ORDERED.**

Dated:    20 May 2024
          New York, New York

                                        _____
                                        Victor Marrero
                                        U.S.D.J.

1