UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/16/2024

UNITED STATES OF AMERICA,

                Plaintiff,

    - against -

VICTOR MONTANEZ,

               Defendant.

24 Cr. 12 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    Counsel for Defendant, with the consent of counsel for the Government, requests that the status conference currently scheduled for October 18, 2024, be adjourned. (See Dkt. No. 25.) The conference is hereby adjourned to December 13, 2024 at 11:00 AM.

    Upon the request of the parties (see id.), it is hereby ordered that time until December 13, 2024 shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) and (iv).

**SO ORDERED.**

Dated:    16 October 2024
            New York, New York

_____
Victor Marrero
U.S.D.J.