UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/12/2025
```

---

UNITED STATES OF AMERICA

                    - against -

VICTOR MONTANEZ,

                         Defendant.

---

24 Cr. 12 (VM)

ORDER

**VICTOR MARRERO, United States District Judge.**

Counsel for Defendant, with the consent of counsel for the Government, requests that the pretrial conference currently scheduled for February 14, 2025, be adjourned for approximately 60 days. (See Dkt. No. 31.) The conference is hereby adjourned to April 4, 2025, at 1:00 PM.

Upon the request of the parties (see id.), it is hereby ordered that time until April 4, 2025 shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) and (iv).

**SO ORDERED.**

Dated:    12 February 2025
          New York, New York

                              _____
                                    Victor Marrero
                                      U.S.D.J.

1