```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/31/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

        - against -

VICTOR MONTANEZ,

                Defendant.

24 Cr. 12 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    Counsel for Defendant, with the consent of counsel for the Government, requests that the pretrial conference currently scheduled for April 4, 2025, be adjourned for approximately 75 days. (See Dkt. No. 33.) The conference is hereby adjourned to June 27, 2025, at 11:00 AM.

    Upon the request of the parties (see id.), it is hereby ordered that time until June 27, 2025 shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) and (iv).

**SO ORDERED.**

Dated:    31 March 2025
             New York, New York

                                            _____
                                            Victor Marrero
                                              U.S.D.J.