USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/25/2025

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

           - against -

VICTOR MONTANEZ,

                Defendant.

**24 Cr. 12 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

     Counsel for Defendant, with the consent of counsel for the Government, requests that the pretrial conference currently scheduled for June 27, 2025, be adjourned for approximately 30 days. (See Dkt. No. 35.) The conference is hereby adjourned to August 15, 2025, at 1:00 PM.

     Upon the request of the parties (see id.), it is hereby ordered that time until August 15, 2025 shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) and (iv).

**SO ORDERED.**

Dated:     25 June 2025
           New York, New York

                                    _____
                                       Victor Marrero
                                         U.S.D.J.