USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/7/2025

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

            - against -

VICTOR MONTANEZ,

                     Defendant.

**24 Cr. 12 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

In light of the Court's acceptance of Defendant Victor Montanez's plea in Magistrate Court (see Dkt. No. 39), the conference scheduled for August 15, 2024 is adjourned *sine dine*.

**SO ORDERED.**

Dated:    7 August 2025
            New York, New York

                                       _____
                                           Victor Marrero
                                             U.S.D.J.