**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  9/8/2025
```

---

UNITED STATES OF AMERICA,

            - against -

VICTOR MONTANEZ,

                 Defendant.

---

**24 CR 12 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

     The sentencing scheduled for October 21, 2025, is hereby adjourned to January 30, 2026, at 11:00 a.m.

**SO ORDERED.**

Dated:    8 September 2025
          New York, New York

                                 Victor Marrero
                                   U.S.D.J.